IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TIMOTHY J. MCGEE, MICHAEL W. ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE F. ZIRINSKY, JILLYNN ZIRINSKY, GERALDINE A. ZIRINSKY, and MARY L. ZIRINSKY** | : | **NO.   12-1296** |

## ORDER

**AND NOW**, this 12th day of September, 2012, upon consideration of the Motion to Dismiss the Complaint filed by Geraldine A. Zirinsky (Document No. 35), the plaintiff's response, and after argument, it is **ORDERED** that the motion is **DENIED**.

      /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.