# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TIMOTHY J. MCGEE, MICHAEL W. ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE F. ZIRINSKY, JILLYNN ZIRINSKY, GERALDINE A. ZIRINSKY, and MARY L. ZIRINSKY** | : | **NO.   12-1296** |

## ORDER

**AND NOW**, this 12th day of September, 2012, upon consideration of the Defendant Michael W. Zirinsky's Motion to Dismiss the Complaint (Document No. 37), the plaintiff's response, and after argument, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.