IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TIMOTHY J. MCGEE, MICHAEL W. ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE F. ZIRINSKY, JILLYNN ZIRINSKY, GERALDINE A. ZIRINSKY, and MARY L. ZIRINSKY** | : | **NO. 12-1296** |

## ORDER

**AND NOW**, this 12th day of September, 2012, upon consideration of the Relief Defendant Kellie F. Zirinsky's Motion to Dismiss the Complaint and Joinder in the Motions to Dismiss Filed by Other Defendants (Document No. 38), the plaintiff's response, and after argument, it is **ORDERED** that the motion is **DENIED**.

   /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.