**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE** | : | **CIVIL ACTION** |
| **COMMISSION** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TIMOTHY J. MCGEE, MICHAEL W.** | : | **NO.    12-1296** |
| **ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE** | : | |
| **F. ZIRINSKY, JILLYNN ZIRINSKY,** | : | |
| **GERALDINE A. ZIRINSKY, and MARY L.** | : | |
| **ZIRINSKY** | : | |

## <u>ORDER</u>

**AND NOW**, this 12th day of September, 2012, upon consideration of the Motion to Dismiss the Complaint filed by Robert L. Zirinsky (Document No. 39), the plaintiff's response, and after argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the plaintiff is granted leave to file an amended complaint, if it so chooses, no later than **September 21, 2012**, or the complaint shall be dismissed as to the defendant Robert L. Zirinsky only.

 /s/Timothy J. Savage_____
TIMOTHY J. SAVAGE,  J.