**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

   v.

TIMOTHY J. MCGEE and
MICHAEL W. ZIRINSKY,

        Defendants,

KELLIE F. ZIRINSKY,
JILLYNN ZIRINSKY,
ROBERT L. ZIRINSKY,
GERALDINE A. ZIRINSKY and
MARY L. ZIRINSKY,

        Relief Defendants.

Civil Action No. 2:12-cv-01296-TJS

<u>Jury Trial Demanded</u>

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT <u>AGAINST DEFENDANTS TIMOTHY J. MCGEE AND MICHAEL W. ZIRINSKY</u>

Plaintiff Securities and Exchange Commission (the "Commission"), by and through its undersigned counsel, hereby respectfully moves the Court for summary judgment against Defendants Timothy J. McGee, and Michael W. Zirinsky pursuant to Federal Rule of Civil Procedure 56, and the procedures set forth in the Court's Scheduling Order (Doc. No. 139). The Commission asks that the Court grant the relief set forth in the accompanying proposed form of order, which is incorporated into this motion as if fully set forth herein.

The Commission is also filing a memorandum in support of this motion, as well as a Statement of Undisputed Facts, with accompanying exhibits, which are both incorporated into this motion as if fully set forth herein.

Respectfully submitted,

s/ John V. Donnelly III
G. Jeffrey Boujoukos (PA Bar No. 67215)
David L. Axelrod
Scott A. Thompson (PA Bar No. 90779)
John V. Donnelly III (PA Bar No. 93846)
Nuriye C. Uygur (PA Bar No. 88930)

Attorneys for Plaintiff:

SECURITIES AND EXCHANGE
COMMISSION
Philadelphia Regional Office
One Penn Center
1617 JFK Blvd., Suite 520
Philadelphia, PA 19103
Telephone: (215) 597-3100

Dated: February 27, 2015

## CERTIFICATE OF SERVICE

I hereby certify, this 27th day of February, 2015, that I caused to be served a true and correct copy of the Plaintiff's Motion for Summary Judgment Against Defendants Timothy J. McGee and Michael W. Zirinsky, along with the Statement of Undisputed Facts, Exhibits thereto, Memorandum of Law in Support of Motion and proposed Order through the Court's electronic filing system upon the following:

John C. Grugan, Esq.
Paul J. Koob, Esq.
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
(Counsel for Defendant Timothy J. McGee)

Jon-Jorge Aras, Esq.
Spadea, Landard & Lignana
1315 Walnut Street, Suite 1532
Philadelphia, PA 19107
(Counsel for Defendant Michael W. Zirinsky and Relief Defendant Kellie F. Zirinsky)

Richard A. Levan, Esq.
Wiggin and Dana LLP
50 S. 16th Street, Ste. 2925
Philadelphia, PA 19102
(Counsel for Relief Defendants Jillynn Zirinsky, and Mary Zirinsky)

Creed C. Black, Jr., Esq.
1700 Market Street, Ste. 3025
Philadelphia, PA 19103
(Counsel for Relief Defendants Robert L. Zirinsky and Geraldine A. Zirinsky)


s/John V. Donnelly III
John V. Donnelly III