IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TIMOTHY J. MCGEE, MICHAEL W. ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE F. ZIRINSKY, JILLYNN ZIRINSKY, GERALDINE A. ZIRINSKY, and MARY L. ZIRINSKY** | : | **NO.   12-1296** |

## JUDGMENT ORDER

**AND NOW**, this 19th day of March, 2015, upon consideration of the Consent of Relief Defendant Robert Zirinsky and the Securities and Exchange Commission ("Commission"), (Document No. 169), it is **ORDERED** as follows:

1. **JUDGMENT** is entered in favor of the Commission and against Defendant Robert Zirinsky in the amount of $80,688;

2. The terms of the Consent are incorporated into this Order; and

3. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment Order.

 /s/Timothy J. Savage
 TIMOTHY J. SAVAGE,  J.