IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **TIMOTHY J. MCGEE, MICHAEL W. ZIRINSKY and KELLIE F. ZIRINSKY** | : | **NO.   12-1296** |

## ORDER

**AND NOW**, this 7th day of April, 2015, upon consideration of the Plaintiff Securities and Exchange Commission's Motion for Summary Judgment Against Defendants Timothy J. McGee and Michael W. Zirinsky (Document No. 163), the defendants' responses, and after oral argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks summary judgment as to the defendant Timothy J. McGee, it is **GRANTED**;

2. To the extent the motion seeks summary judgment as to the defendant Michael W. Zirinsky, it is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　  /s/Timothy J. Savage　　　　　　
　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE,  J.