IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>     Plaintiff,<br><br>  v.<br><br>TIMOTHY J. MCGEE and<br>MICHAEL W. ZIRINSKY,<br><br>     Defendants, and<br><br>KELLIE F. ZIRINSKY,<br><br>     Relief Defendant. | Civil Action No. 2:12-cv-01296-TJS<br><br>Jury Trial Demanded |

SATISFACTION OF THE JUDGMENT ENTERED
AGAINST RELIEF DEFENDANT ROBERT ZIRINSKY

Plaintiff, the United States Securities and Exchange Commission, hereby acknowledges that Relief Defendant Robert Zirinsky has made payment in full of all amounts ordered to be paid by this Court in the Amended Judgment Order entered March 24, 2015 (Docket No. 181).

2

Therefore, the clerk of the court is requested to enter full and complete satisfaction of the judgment entered against relief defendant Robert Zirinsky on the docket.

Respectfully Submitted,

/s John V. Donnelly III
John V. Donnelly III (PA Bar No. 93846)
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Telephone: (215) 597-3100

Dated:  April 10, 2015

# **CERTIFICATE OF SERVICE**

I hereby certify, this 10th day of April, 2015, that I caused to be served a true and correct copy of the Satisfaction of the Judgment Entered Against Relief Defendant Robert Zirinsky through the Court's electronic filing system upon the following:

John C. Grugan, Esq.
Paul J. Koob, Esq.
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
(Counsel for Defendant Timothy J. McGee)

Jon-Jorge Aras, Esq.
Spadea, Landard & Lignana
1315 Walnut Street, Suite 1532
Philadelphia, PA 19107
(Counsel for Defendant Michael W. Zirinsky and Relief Defendant Kellie F. Zirinsky)

Richard A. Levan, Esq.
Wiggin and Dana LLP
50 S. 16th Street, Ste. 2925
Philadelphia, PA 19102
(Counsel for Relief Defendants Jillynn Zirinsky, and Mary Zirinsky)

Creed C. Black, Jr., Esq.
1700 Market Street, Ste. 3025
Philadelphia, PA 19103
(Counsel for Relief Defendants Robert L. Zirinsky and Geraldine A. Zirinsky)

s/John V. Donnelly III
John V. Donnelly III