### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE          :      CIVIL ACTION
COMMISSION

    v.

TIMOTHY J. MCGEE, MICHAEL W.        :      NO.   12-1296
ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE  :
F. ZIRINSKY, JILLYNN ZIRINSKY,
GERALDINE A. ZIRINSKY, and MARY L.  :
ZIRINSKY

### JUDGMENT ORDER

**AND NOW**, this 29th day of April, 2015, upon consideration of the Consent of

Defendant Michael W. Zirinsky and the Securities and Exchange Commission

("Commission"), (Document No. 197), it is **ORDERED** as follows:

    1.    **JUDGMENT** is entered in favor of the Commission and against Defendant

Michael W. Zirinsky in the amount of $249,372.00, payable as set forth in the Consent;

    2.    The terms of the Consent are incorporated into this Order; and

    3.    The Court shall retain jurisdiction of this matter for the purposes of enforcing

the terms of this Judgment Order.

_____
TIMOTHY J. SAVAGE, J.