IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | CIVIL ACTION |
| v. | |
| TIMOTHY J. MCGEE, MICHAEL W. ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE F. ZIRINSKY, JILLYNN ZIRINSKY, GERALDINE A. ZIRINSKY, and MARY L. ZIRINSKY | NO.   12-1296 |

## JUDGMENT ORDER

**AND NOW**, this 29th day of April, 2015, upon consideration of the Consent of Relief Defendant Kellie Zirinsky and the Securities and Exchange Commission ("Commission"), (Document No. 198), it is **ORDERED** as follows:

1. **JUDGMENT** is entered in favor of the Commission and against Defendant Kellie Zirinsky in the amount of $49,628;

2. The terms of the Consent are incorporated into this Order; and

3. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment Order.

_/s/ Timothy J. Savage_
TIMOTHY J. SAVAGE, J.