IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | CIVIL ACTION |
| v. | |
| TIMOTHY J. MCGEE, MICHAEL W. ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE F. ZIRINSKY, JILLYNN ZIRINSKY, GERALDINE A. ZIRINSKY, and MARY L. ZIRINSKY | NO.   12-1296 |

## AMENDED JUDGMENT ORDER

**AND NOW**, this 11th day of May, 2015, upon consideration of the Consent of Defendant Michael W. Zirinsky and the Securities and Exchange Commission ("Commission"), (Document No. 197), it is **ORDERED** as follows:

1.  **JUDGMENT** is entered in favor of the Commission and against Defendant Michael W. Zirinsky in the amount of $249,372.00, payable as set forth in the Consent;

2.  The defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. §78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. §240.10b-5];

3.  The terms of the Consent are incorporated into this Order; and

4.  The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment Order.

_____
TIMOTHY J. SAVAGE, J.