IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>TIMOTHY J. MCGEE and<br>MICHAEL W. ZIRINSKY,<br><br>    Defendants, and<br><br>KELLIE F. ZIRINSKY,<br><br>    Relief Defendant. | Civil Action No. 2:12-cv-01296-TJS<br><br>Jury Trial Demanded |

**SATISFACTION OF THE JUDGMENT ENTERED
AGAINST RELIEF DEFENDANT KELLIE ZIRINSKY**

Plaintiff, the United States Securities and Exchange Commission, hereby acknowledges that Relief Defendant Kellie Zirinsky has satisfied payment of the Judgment ordered to be paid by this Court in the Judgment Order issued April 29, 2015 (Docket No. 200).

Therefore, the clerk of the court is requested to enter full and complete satisfaction of the judgment entered against Relief Defendant Kellie Zirinsky on the docket.

Respectfully Submitted,

/s John V. Donnelly III
John V. Donnelly III (PA Bar No. 93846)
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
Telephone: (215) 597-3100

Dated: June 1, 2015

**CERTIFICATE OF SERVICE**

I hereby certify, this 1st day of June, 2015, that I caused to be served a true and correct copy of the Satisfaction of the Judgment Entered Against Relief Defendant Kellie Zirinsky through the Court's electronic filing system upon the following:

John C. Grugan, Esq.
Paul J. Koob, Esq.
Ballard Spahr, LLP
1735 Market Street
51st Floor
Philadelphia, PA 19103
(Counsel for Defendant Timothy J. McGee)

Jon-Jorge Aras, Esq.
Spadea, Landard & Lignana
1315 Walnut Street, Suite 1532
Philadelphia, PA 19107
(Counsel for Defendant Michael W. Zirinsky and Relief Defendant Kellie F. Zirinsky)

s/John V. Donnelly III
John V. Donnelly III