IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : CIVIL ACTION |
| v. | : |
| TIMOTHY J. MCGEE, MICHAEL W. ZIRINSKY, ROBERT L. ZIRINSKY, KELLIE F. ZIRINSKY, JILLYNN ZIRINSKY, GERALDINE A. ZIRINSKY, and MARY L. ZIRINSKY | : NO.   12-1296 |

## JUDGMENT ORDER

AND NOW, this 14th day of July, 2015, upon consideration of the Consent of Defendant Timothy J. McGee and the Securities and Exchange Commission ("Commission"), (Document No. 203), it is **ORDERED** as follows:

1. **JUDGMENT** is entered in favor of the Commission and against defendant Timothy J. McGee in the amount of $362,704.00, payable as set forth in the Consent;

2. Defendant Timothy J. McGee is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. §78j(b)] and Rule 10b-5 [17 C.F.R. §240.10b-5];

3. The terms of the Consent are incorporated into this Order; and

4. The Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment Order.

_____
TIMOTHY J. SAVAGE, J.

cc: Nuriye C. Uygur, Esq.
John C. Grugan, Esq.